AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Rogelio GARCIA aka Lacuilla

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Rogelio GARCIA aka Lacuilla_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title __21__ United States Code, Section(s) __846__

Name of Issuing Officer: Charles B. Swartwood

Signature of Issuing Officer

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Date and Location: 02-26-2004  BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS Worcester, MA

| DATE RECEIVED 5-3-04 | NAME AND TITLE OF ARRESTING OFFICER S/A Jean Drouin (DEA) | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Rogelio GARCIA

ALIAS: aka Lacuilla

LAST KNOWN RESIDENCE: 85 WALNUT STREET, REVERE, MA

LAST KNOWN EMPLOYMENT: ___

PLACE OF BIRTH: ___

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3812

HEIGHT: ___                      WEIGHT: ___

SEX: M                           RACE: ___

HAIR: ___                        EYES: ___

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ___

FBI NUMBER: ___

COMPLETE DESCRIPTION OF AUTO: ___

INVESTIGATIVE AGENCY AND ADDRESS: ___