UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2004 JUN -9 P 12: 18 |
| ) | |
| v. ) | Compl# No. 04CR001685 |
| ) | US DISTRICT COURT |
| ROGELIO GARCIA ) | DISTRICT OF MASS |

**MOTION FOR FUNDS TO REIMBURSE COUNSEL
FOR COST OF MORTGAGE FILING FEE**

Now Comes, counsel for Rogelio Garcia, and moves this Court to order the Criminal Justice Act to pay James Budreau, Esq. $181.00 for reimbursement of the filing fee paid to the Middlesex County Registry of Deeds. This filing fee was required when counsel filed the mortgage as part of the bail securing Mr. Garcia's release.

Wherefore, defendant moves this Court to order that his counsel be reimbursed the $181.00 through the Criminal Justice Act.

Respectfully submitted,

_____
JAMES BUDREAU, BBO#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617)227-3700